## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Structural Iron Workers Local Union No. 1 Pension Trust Fund and Steve M. Bukovac, Administrator of the Fund Disbursement Office,
v.
Concrete Excavation Removal, LLC

Case Number:
FILED: AUGUST 29, 2008
08CV4954
JUDGE ASPEN
MAGISTRATE JUDGE MASON
NF

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, Structural Iron workers Local Union No. 1 Pension Trust Fund and Steve M. Bukovac, Administrator of the Fund Disbursement Office.

| NAME (Type or print) |
| --- |
| Evan J. Haim |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Evan J. Haim |
| FIRM |
| Hogan Marren, Ltd. |
| STREET ADDRESS |
| 180 N. Wacker Drive, Suite 600 |
| CITY/STATE/ZIP |
| Chicago, Illinois, 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6277590 | (312) 946-1800 |

| | | |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐