# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Structural Iron Workers Local Union No. 1 Pension Trust Fund and Steve M. Bukovac, Administrator of the Fund Disbursement Office, <br> v. <br> Concrete Excavation Removal, LLC | FILED: AUGUST 29, 2008 <br> 08CV4954 <br> JUDGE ASPEN <br> MAGISTRATE JUDGE MASON <br> NF |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, Structural Iron workers Local Union No. 1 Pension Trust Fund and Steve M. Bukovac, Administrator of the Fund Disbursement Office.

| NAME (Type or print) |
|---|
| Patrick E. Deady |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Patrick E. Deady |

| FIRM |
|---|
| Hogan Marren, Ltd. |

| STREET ADDRESS |
|---|
| 180 N. Wacker Drive, Suite 600 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois, 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 00596922 | (312) 946-1800 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |