## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Structural Iron Workers Local Union No. 1 Pension Trust Fund and Steve M. Bukovac, Administrator of the Fund Disbursement Office, <br> v. <br> Concrete Excavation Removal, LLC | FILED: AUGUST 29, 2008 <br> 08CV4954 <br> JUDGE ASPEN <br> MAGISTRATE JUDGE MASON <br> NF |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, Structural Iron workers Local Union No. 1 Pension Trust Fund and Steve M. Bukovac, Administrator of the Fund Disbursement Office.

| | |
|---|---|
| NAME (Type or print) <br> J. Michael Tecson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ J. Michael Tecson | |
| FIRM <br> Hogan Marren, Ltd. | |
| STREET ADDRESS <br> 180 N. Wacker Drive, Suite 600 | |
| CITY/STATE/ZIP <br> Chicago, Illinois, 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6276036 | TELEPHONE NUMBER <br> (312) 946-1800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |